UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 3:13-CR-00016

KARL N. GELLERT,

    Defendant.

## JOINT MOTION TO SET CASE FOR CHANGE OF PLEA

Comes now the Defendant, Karl N. Gellert, and the United States, by and through their respective counsel, and jointly move this Honorable Court to set this case for a change of plea hearing on Wednesday, February 6, 2013. As grounds for this Motion, counsel for the Defendant states that he will be in Nashville for other legal matters on that date, and would like to schedule the Defendant's change of plea to that date if such scheduling is possible and convenient for the Court. Counsel would further inform the Court that the Defendant is before the Court pursuant to a F.R.Cr.P. Rule 20, plea to an Information based on violation of federal law occurring in the Eastern District of Virginia, and the Defendant's plea will be entered in accordance with F.R.Cr.P. Rule 11(c)(1)(C). In addition, the Defendant is an attorney familiar with the Federal Rules and Court process. Counsel for the United States agrees with the stated grounds in this Motion.

Respectfully submitted, this the 4th day of February, 2012.

                                      /s/ James A.H. Bell
                                      James A.H. Bell (BPR #000775)
                                      The Law Offices of James A, H, Bell. P.C.
                                      10 Emory Place
                                      Knoxville, Tennessee 37917
                                      Office: 865/637-2900
                                      Facsimile: 865/971-4298

[Handwritten annotation in right margin: "ORDER This motion is granted. The hearing is set for February 6, 2013 at 3:00 pm in Judge Nixon's courtroom. [signature] 2-5-13"]